█ THOMAS CROISSANT, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.—

Hopkins, Acting P. J., Munder, Latham, Shapiro and Christ, JJ., concur.